```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INTERBANK FUNDING CORP., et al

                         Appellant,

        -against-                          07 Civ. 10665 (DAB)
                                           ORDER OF DISMISSAL


IBF FUND LIQUIDATING LLC,

                         Appellee.
----------------------------------------X
INTERBANK FUNDING CORP., et al

                         Appellant,

        -against-                          07 Civ. 10692 (DAB)
                                           ORDER OF DISMISSAL


IBF FUND LIQUIDATING LLC,

                         Appellee.
----------------------------------------X
INTERBANK FUNDING CORP., et al

                         Appellant,

        -against-                          07 Civ. 10693 (DAB)
  (DAB)
                                           ORDER OF DISMISSAL


IBF FUND LIQUIDATING LLC,

                         Appellee.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

DEBORAH A. BATTS, United States District Judge.

   The parties having notified the Court that they have reached a resolution of this action,

   IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, DISCONTINUED WITH PREJUDICE but without

costs; provided, however, that the action may be restored to the calendar of the undersigned if, within 60 days of the date of this Order, Plaintiff submits a letter application to the Court requesting restoration on the grounds that the settlement between the Parties has not been effected.

SO ORDERED.

Dated:   New York, New York
         September 8, 2008

_____
DEBORAH A. BATTS
United States District Judge